MCGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ANTONIO GARCIA-ORDAZ, <br><br> Defendant. | CASE NO. 1:12-CR-00188-LJO <br><br> GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 48, the United States, by and through its undersigned counsel, hereby moves to dismiss without prejudice the indictment filed on June 21, 2012.

Dated: January 24, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ LAURA D. WITHERS
LAURA D. WITHERS
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **January 27, 2020**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

MOT. TO DISMISS INDICTMENT &
[PROPOSED] ORDER

1